**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Fred Stevens
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Counsel to Marianne T. O'Toole, Chapter 7
    Trustee of the Estate of Knowledge Strategy
    Solutions, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 7
KNOWLEDGE STRATEGY SOLUTIONS, LLC      :
                                                               :    Case No. 15-23105 (RDD)
                        Debtor.                                :
---------------------------------------------------------------x
SHANNON L. SPANGLER, P.C.,                     :
                                                               :
            Plaintiff,                                         :
                                                               :    Adv. Pro. No. 16-08228 (RDD)
    -against-                                                  :
                                                               :
A. KERSHAW, P.C. and KNOWLEDGE         :
STRATEGY SOLUTIONS, LLC,                       :
                                                               :
            Defendants.                                        :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PRETRIAL
<u>CONFERENCE TO DECEMBER 13, 2016</u>**

    **PLEASE TAKE NOTICE**, that the pretrial conference in the above-captioned adversary proceeding scheduled before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, on October 4, 2016 at 10:00 A.M., has been adjourned to **<u>December 13, 2016 at 10:00 A.M.</u>** (the "<u>Pretrial Conference</u>").

**PLEASE TAKE FURTHER NOTICE**, that the Pretrial Conference may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court at the Pretrial Conference.

Dated:  New York, New York
October 3, 2016

        **KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: */s/ Lauren C. Kiss*
Fred Stevens
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com

*Counsel to Marianne T. O'Toole, Chapter 7
Trustee of the Estate of Knowledge Strategy
Solutions, LLC*